| | |
|---|---|
| 1 | THAD A. DAVIS (SBN 220503) |
|   | thad.davis@ropesgray.com |
| 2 | ROCKY C. TSAI (SBN 221452) |
|   | rocky.tsai@ropesgray.com |
| 3 | ROPES & GRAY LLP |
|   | Three Embarcadero Center, Ste 300 |
| 4 | San Francisco, California 94111-4006 |
|   | Tel: (415) 315- 6300 |
| 5 | Fax: (415) 315-6350 |
| 6 | HARVEY J. WOLKOFF |
|   | harvey.wolkoff@ropesgray.com |
| 7 | MARK P. SZPAK |
|   | mark.szpak@ropesgray.com |
| 8 | LARA A. ORAVEC |
|   | lara.oravec@ropesgray.com |
| 9 | ROPES & GRAY LLP |
|   | Prudential Tower, 800 Boylston Street |
| 10 | Boston, MA 02199-3600 |
|   | Tel: (617) 951-7606 |
| 11 | Fax: (617) 235-0215 |
| 12 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS FLAMSON and JIN CHUNG, individually and on behalf of all others similarly situated, | Case No. 3:11-cv-02456-JSW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES** |
| v. | Judge: Hon. Jeffrey S. White |
| SONY CORPORATION OF AMERICA, SONY COMPUTER ENTERTAINMENT AMERICA INC., SONY COMPUTER ENTERTAINMENT AMERICA LLC, SONY ONLINE ENTERTAINMENT LLC, SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, and SONY NETWORK ENTERTAINMENT AMERICA INC. | |
| Defendants. | |

27372536_1.DOC

STIPULATION AND PROPOSED ORDER TO VACATE
CASE MANAGEMENT CONFERENCE
AND ASSOCIATED DEADLINES
CASE NO. 3:11-cv-02456-JSW

**STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**

1. Defendants Sony Corporation of America (SCA), Sony Online Entertainment LLC (SOE), Sony Computer Entertainment America LLC (SCEA), Sony Network Entertainment International LLC (SNEI), and Sony Network Entertainment America Inc. (SNEA), as well as certain related entities (collectively, the "Sony Defendants"), have been named as defendants in at least sixty-two (62) putative class action lawsuits, including this lawsuit, to date;

2. A motion is currently pending before the Judicial Panel on Multidistrict Litigation (the "JPML") to centralize this and other matters before a single district court, to which multiple responses, including the Sony Defendants' response, have been filed to date and are under submission before the JPML, with a hearing date of July 28, 2011;

3. The current date of the initial Case Management Conference ("CMC") in this case is August 26, 2011 and certain other deadlines are set forth in the Order Setting Initial Case Management Conference and ADR Deadlines;

4. The parties agree that it is in the best interests of all parties to vacate the CMC and associated deadlines in this case in order to facilitate the scheduling of this matter in coordination with the schedule for the motion and hearing before the JPML;

NOW, THEREFORE, all parties, by and through their respective counsel, hereby stipulate for an order as follows:

In light of the motion for centralization pending before the JPML, the CMC and all associated deadlines, including those set forth in the Order Setting Initial Case Management Conference and ADR Deadlines, in the above-entitled action shall be vacated and further pretrial and scheduling matters shall be addressed by the transferee judge following centralization or, in

the event such motion for centralization is denied, the defendants will notify the Court within 7 days after such denial, so that the Court may at that time issue a revised case schedule.

Dated: July 27, 2011  ANDREW JOSEPH SOKOLOWSKI
DAVID LISHIAN CHENG
MIRIAM LEIGH SCHIMMEL
INITIATIVE LEGAL GROUP APC


By: /s/ Andrew J. Sokolowski /s/ [as authorized]
Andrew J. Sokolowski

Attorneys for Plaintiff
THOMAS FLAMSON
JIN CHUNG


Dated: July 27, 2011  HARVEY WOLKOFF
THAD A. DAVIS
ROCKY C. TSAI
ROPES & GRAY LLP


By: /s/ Rocky C. Tsai /s/
Rocky C. Tsai

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT AMERICA LLC and
SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 28, 2011     By: /s/ Jeffrey S. White
U. S. District Court Judge

-3-  STIPULATION AND PROPOSED ORDER TO VACATE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES
CASE NO. 3:11-cv-02456-JSW